UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80013-CR-MARRA/MATTHEWMAN

26 U.S.C. §7201
31 U.S.C. §5314
31 U.S.C. §5322
18 U.S.C. §2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DUSKO BRUER,

    Defendant.

_____/

FILED BY _____ D.C.

JAN 30 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Information:

1.  The defendant, **DUSKO BRUER** ("Defendant" or "Bruer"), was a naturalized citizen of the United States and a resident of Palm Beach County.

2.  The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States, and collecting taxes owed to the United States.

3.  United States taxpayers who had income in excess of a certain amount were obligated to file an individual income tax return with the United States Internal Revenue Service

("IRS"). On said return, United States taxpayers were obligated to report their worldwide income. Additionally citizens and residents of the United States who had a financial interest in, or signature or other authority over a financial account in a foreign country were required to disclose the existence of such account on Schedule B, Part III of their individual income tax return.

4. Pursuant to Title 31, Code of Federal Regulations, Sections 103.24, 103.27(c), 103.27(d) and 103.59(b), recodified at Title 31, Code of Federal Regulations, Section 1010.350, citizens and residents of the United States who had a financial interest in, or signature authority over, one or more bank, securities and other financial accounts in a foreign country with an aggregate value of more than $10,000 at any time during a particular year were required to report such a relationship to the Financial Crimes Enforcement Network, a bureau of the United States Department of the Treasury, on a Report of Foreign Bank and Financial Accounts on FinCEN Report 114 (formerly TD F 90.22-1) (an "FBAR"). The FBAR for the 2014 calendar year was due by June 30, 2015.

5. During the calendar year 2008, BRUER received approximately $2,592,000 in income.

6. During the calendar year 2014, BRUER had a financial interest in, and signature and other authority over, at least six financial accounts, having an aggregate value of approximately $1,817,866 at financial institutions in Croatia, Germany, and Switzerland.

7. On or about October 18, 2016, BRUER filed a false IRS Form 1040EZ, Income Tax Return for Single and Joint Filers with No Dependents, for calendar year 2008 on which he reported "zero" income and claimed that he resided in Dubrovnik, Croatia.

## COUNT 1

### ATTEMPT TO EVADE OR DEFEAT TAX
### (26 U.S.C. §7201)

1. Paragraphs 1 through 7 of the General Allegations section of this Information are realleged and incorporated fully herein by reference.

2. Between on or about January 1, 2008 and on or about October 16, 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DUSKO BRUER,**

a resident of Palm Beach County, Florida, did willfully attempt to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2008, by committing the following affirmative acts, among others: the concealment of assets and income in foreign financial accounts; paying personal expenses from corporate funds; and preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent IRS Form 1040EZ, Income Tax Return for Single and Joint Filers with No Dependents, for calendar year 2008 on which he reported "zero" income on or about October 18, 2016 which was submitted to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7201 and Title 18, United States Code, Section 2.

3

## COUNT 2

**FAILURE TO FILE A REPORT OF FOREIGN BANK OR FINANCIAL ACCOUNT**
(31 U.S.C. § § 5314, 5322)

1. Paragraphs 1 through 7 of the General Allegations section of this Information are realleged and incorporated fully herein by reference.

2. On or before June 30, 2015, within the Southern District of Florida and elsewhere, the defendant

**DUSKO BRUER,**

did knowingly and willfully fail to file with the Financial Crimes Enforcement Network, a bureau of the United States Department of the Treasury, an FBAR disclosing that he had a financial interest in, and signature and other authority over, a bank, securities and other financial accounts in a foreign country, to wit: financial and bank accounts in Croatia, Germany, and Switzerland, which accounts had an aggregate value of more than $10,000 during the year 2014, as part of a pattern of illegal activity involving more than $100,000 in a 12-month period.

All in violation of Title 31, United States Code, Sections 5314 and 5322(b); and Title 31 Code of Federal Regulations, Sections 1010.350, 1010.306(c)-(d) & 1010.840(b) (former Title 31 Code of Federal Regulations, Sections 103.24, 103.27(c)-(d) & 103.59(b)).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
AURORA FAGAN
ASSISTANT U.S. ATTORNEY

_____
RICHARD E. ZUCKERMAN
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
TAX DIVISION

_____
MARK F. DALY
SENIOR LITIGATION COUNSEL
TAX DIVISION

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DUSKO BRUER

_____ Defendant. _____/

CASE NO. 20-80013-CR-MARRA/MATTHEWMAN

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New defendant(s)        Yes ___   No ___
Number of new defendants ___
Total number of counts ___

**Court Division:** (Select One)
___ Miami        ___ Key West
___ FTL    ✓ WPB    ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      ✓        Petty     ___
   II   6 to 10 days     ___      Minor     ___
   III  11 to 20 days    ___      Misdem.   ___
   IV   21 to 60 days    ___      Felony    ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

_____
Aurora Fagan
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 188591

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: DUSKO BRUER**

**Case No:** 20-80013-CR-MARRA/MATTHEWMAN

Count #: 1

___Attempt to evade or defeat tax___

___Title 26 U.S.C. § 7201___

**\* Max.Penalty**: up to 5 years of imprisonment; 3 year of supervised release; a $250,000 fine.

Count #: 2

___Failure to file a report of foreign bank or financial account___

___Title 31 U.S.C. § 5314 and 5322___

**\* Max.Penalty**: up to 5 years of imprisonment; 3 year of supervised release; a $250,000 fine.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-80013-CR-MARRA/MATTHEWMAN

### BOND RECOMMENDATION

DEFENDANT: DUSKO BRUER

250K PSB
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Aurora Fagan

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   Adam Tucker - IRS
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>DUSKO BRUER<br>*Defendant* | Case No.<br><br>20-80013-CR-MARRA/MATTHEWMAN |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

DAVE LEE BRANNON, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*