**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 20-80013-CR-MARRA

UNITED STATES OF AMERICA

      Plaintiff,

v.

DUSKO BRUER,

      Defendant,
_____/

## ORDER ON UNITED STATES OF AMERICA'S AGREED MOTION FOR PRE-SENTENCE PAYMENT

THIS CAUSE, coming before the Court on the United States of America's Agreed Motion for Pre-Sentence Payment, the Court having reviewed the Plaintiff's Motion, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Government's Motion to Authorize Pre-Sentence Payment by the Defendant is **GRANTED**.

Defendant is permitted to make pre-sentence payments to be applied against anticipated criminal monetary penalties. All pre-sentence payments shall be made to Clerk of Court, United States District Court, Southern District of Florida located at 400 North Miami Avenue, Room 8N09, Miami, FL 33128. The Clerk of Court is authorized to accept and hold such funds on behalf of the Defendant in the Court's Registry. Upon entry of judgment and imposition of criminal monetary penalties, the Clerk of Court is to withdraw and apply the funds to the criminal financial obligations imposed against the defendant as provided by the judgment and in accordance with the Clerk's standard operating procedures.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 2nd day of February, 2021.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record